IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEVEN W. ROSE,

      Petitioner,                  No. CIV S-11-0327 DAD P

   vs.

GARY SWARTHOUT,

      Respondent.               ORDER

_____/

      Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not, however, filed a proper in forma pauperis affidavit or paid the required filing fee ($5.00).[1] See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee.

---

[1] Petitioner has filed a document with the court entitled "Request to Proceed in Informa Pauperis." (Doc. No. 2.) Therein, petitioner informs the court that he has two other cases pending in this court, that his requests to proceed in forma pauperis were granted in those two cases, and that his "financial status remains the same." (Id.) Petitioner requests that the court grant his request to proceed in forma pauperis in this case on the strength of the information contained in his two other pending cases. Petitioner is advised that he must file a separate affidavit in support of his request to proceed in forma pauperis in each case pending in this court, along with the financial information required by the appropriate statute. Petitioner's informal "request" is insufficient to support his request to proceed in forma pauperis in this action.

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner shall submit, within thirty days from the date of this order, an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee; petitioner's failure to comply with this order will result in the dismissal of this action; and

2. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: July 20, 2011.

/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:8
rose327.ifp